Name: James W. Millner
I.D. #: F-83475
Address P.O. BOX 5103  KVSP
          C-3-121
          Delano, Ca. 93216



FILED

APR 17 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

James W. Millner

v.

Larry Dileo, ET AL.,

_____/

Case Number:

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE THAT** (print name) ____James W. Millner_____

hereby submits a notice of change of address in the above – entitled case as follows:

**OLD ADDRESS:** James W. Millner F-83475  KVSP P.O. BOX 5103  C-3-118

Delano, Ca. 93216

**NEW ADDRESS:** James W. Millner F-83475 KVSP P.O. BOX 5103  C-3-121

Delano, Ca. 93216

DATED: 4/13/17

Signature of Plaintiff/Petitioner

*James W. Millner*

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS FORM IN EACH OF YOUR OPEN CASES**