# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLNER,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. DILEO, et al.,<br><br>    Defendants. | Case No.  1:17-cv-00507-SAB (PC)<br><br>ORDER DIRECTING A SPECIAL APPEARANCE ON BEHALF OF UN-SERVED DEFENDANTS BY OFFICE OF ATTORNEY GENERAL AND DIRECTING CLERK OF COURT TO SERVE ORDER ON SUPERVISING DEPUTY ATTORNEY GENERAL, MONICA ANDERSON<br><br>(ECF No. 7)<br><br>FOURTEEN DAY DEADLINE |

Plaintiff James Millner is a state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).  (ECF No. 6.)  Plaintiff filed a motion for injunctive relief on May 8, 2017. (ECF No. 7.)  By separate order the Court has found that Plaintiff stated a claim against Defendants Dileo, Ulit, Spaeth, and the Chief Medical Officer for deliberate indifference in violation of the Eighth Amendment based on his wrist injury.  Plaintiff has been ordered to either file an amended complaint or notify the Court that he is willing to proceed on the claims found to be cognizable within thirty days.

In his motion for a temporary restraining and preliminary injunction, Plaintiff seeks an order for the defendants to provide the surgery recommended for his wrist.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Court shall require the Attorney General to make a special appearance and respond within fourteen (14) days to Plaintiff's request for immediate injunctive relief;

2. Within fourteen (14) days from the date of service, Plaintiff shall file a reply to Defendants' response to the motion for immediate injunctive relief; and

3. The Clerk of the Court is directed to send a copy of the complaint (ECF No. 1), a copy of Plaintiff's motion for a TRO/preliminary injunction (ECF No. 7), and a copy of this order upon Monica Anderson, Supervising Deputy Attorney General.

IT IS SO ORDERED.

Dated:   **September 12, 2017**

UNITED STATES MAGISTRATE JUDGE