# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. DILEO, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00507-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR STATUS OF MARSHAL'S SERVICE ON DR. DILEO<br><br>[ECF No. 23] |

Plaintiff James Millner is a state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion seeking the status of service on Dr. Dileo. The Court informs Plaintiff that on October 3, 2017, service documents were forwarded by the Clerk of the Court to the United States Marshal for service of process on Defendant Dileo. The Court understands the Marshal to be diligently working on service of process, and it remains underway.

Accordingly, Plaintiff's motion for the status of the Marshal's service on Dr. Dileo is HEREBY GRANTED, as explained above. Because of the impact providing status orders has on each case and the numerous cases this court has, no future orders will address inquires by the parties as to status.

IT IS SO ORDERED.

Dated: __December 5, 2017__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE