# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLNER, | Case No. 1:17-cv-00507-AWI-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER |
| v. | |
| DR. DILEO, et al., | |
| Defendants. | [ECF Nos. 7, 15] |

Plaintiff James Millner is a state prisoner appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim for deliberate indifference to a serious medical need based on a delay in wrist surgery against Defendants Dr. Larry Dileo, Dr. Ulit, Chief Physician Spaeth, and the Chief Medical Examiner.

On May 8, 2017, Plaintiff filed a motion for a temporary restraining order and preliminary injunction. (ECF No. 7.) Plaintiff asserted that he continues to be denied appropriate medical care, and he seeks an order requiring that he immediately receive surgery.

On September 13, 2017, the Court directed the Attorney General to make a special appearance on behalf of the unserved Defendants. (ECF No. 9.) On September 26, 2017, the Attorney General filed an opposition to Plaintiff's motion on behalf of the unserved Defendants on a special limited appearance. (ECF No. 10.)

1         On October 23, 2017, the Magistrate Judge filed Findings and Recommendations

2 recommending that Plaintiff's motion for a temporary restraining order and a preliminary

3 injunction be denied. (ECF No. 15.) The Findings and Recommendations were served on

4 Plaintiff and contained notice that objections were to be filed within thirty days. (*Id*. at 5-6.)

5 More than thirty days have passed, and no objections were filed.

6         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

7 de novo review of this case. Having carefully reviewed the entire file, the Court finds the

8 Findings and Recommendations to be supported by the record and by proper analysis.

9         Accordingly, IT IS HEREBY ORDERED that:

10         1.     The Findings and Recommendations entered on October 23, 2017 (ECF No. 15)

11 are adopted in full; and

12         2.     Plaintiff's motion for a temporary restraining order and a preliminary injunction,

13 filed on May 8, 2017 (ECF No. 8), is denied.

14

IT IS SO ORDERED.
15

Dated:   December 19, 2017           _____
16
                           SENIOR DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28