# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. DILEO, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-00507-LJO-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE ANSWER TO COMPLAINT WITHIN FOURTEEN (14) DAYS |

Plaintiff James W. Millner is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 6, 2018, the Court found that this matter shall proceed only on Plaintiff's claim against Defendants Dileo, Ulit, Spaeth, and the Chief Medical Officer, in their individual capacity, for deliberate indifference in violation of the Eighth Amendment based on his wrist injury. (ECF No. 28.) Defendants were previously served in this matter.

Accordingly, within **fourteen (14) days** from the date of service of this order, Defendants shall file an answer to the complaint.

IT IS SO ORDERED.

Dated: __**March 8, 2018**__

                                        UNITED STATES MAGISTRATE JUDGE