# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. DILEO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-00507-LJO-SAB (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE, FOR FAILURE TO PROVIDE <u>RAND</u> NOTICE<br><br>[ECF No. 42]<br><br>**FOURTEEN DAY DEADLINE** |

Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 6, 2018, Defendants filed a motion for summary judgment, on extension. (ECF No. 42.) Defendants also delivered a courtesy copy of the motion to the Court.

In <u>Woods v. Carey</u>, 684 F.3d 934, 939 (9th Cir. 2012), the Ninth Circuit held that a pro se prisoner plaintiff must be provided with "fair notice" of the requirements for opposing a motion for summary judgment at the time the motion is brought. Review of the current motion shows that Defendants did not provide Plaintiff with a <u>Rand</u> notice upon the filing of the motion for summary judgment. See <u>Rand v. Rowland</u>, 154 F.3d 952 (9th Cir. 1998). Defendants have failed to provide Plaintiff with the proper required <u>Rand</u> notice. In particular, Defendants failed to file a separate form notice of *all* the Rand requirements independent of the summary judgment motion or papers filed in support thereof. <u>Rand</u>, 154 F.3d at 960. In addition, Defendants failed to advise Plaintiff of the contents of any applicable Eastern District of California Local Rule requirements, *i.e.*, Local Rule 260. <u>Id.</u> at 961.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for summary judgment (ECF No. 42) is DENIED WITHOUT PREJUDICE;

2. Defendants are granted an extension of time, shall file their motion for summary judgment within **fourteen (14) days** of the date of entry of this order, and shall provide Plaintiff with the appropriate Rand notice; and

3. Defendants are relieved of their obligation to provide any additional courtesy copy to the Court of their summary judgment motion. Local Rule 130(b).

IT IS SO ORDERED.

Dated: **August 8, 2018**

UNITED STATES MAGISTRATE JUDGE