# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>    Plaintiff,<br><br>v.<br><br>DR. DILEO, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00507-LJO-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO SUPPLEMENT MOTION TO COMPEL FILED ON DECEMBER 5, 2018<br>(ECF No. 48)<br><br>FOURTEEN-DAY DEADLINE |

Plaintiff James W. Millner is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 5, 2018, Defendants filed a motion to compel Plaintiff's deposition and to modify the discovery and scheduling order, (ECF No. 48), supported by a declaration of counsel, (Decl. of M. Sharma, ECF No. 48-1). In their motion, Defendants assert that Plaintiff refused to participate in his deposition on November 30, 2018. Defense counsel declares that he appeared to take Plaintiff's deposition and a discussion occurred, in which Plaintiff argued that he did not receive notice of the deposition, that he was entitled to counsel, and that Defendants were required to seek a court order to depose him. Defense counsel further declares that he attempted to explain matters and question Plaintiff, and counsel also sought to attempt to contact the Court to remedy the matter, but Plaintiff refused to wait and left the deposition room. (Decl. of M. Sharma ¶¶ 6-7.)

On December 13, 2018, Plaintiff filed a motion opposing Defendants' motion, that was entered on December 17, 2018. (ECF No. 49.)

Among the issues raised by Plaintiff is that he did not receive sufficient notice of the deposition, as required by the Federal Rules of Civil Procedure and the Court's discovery and scheduling order, issued on April 6, 2018. Fed. R. Civ. P. 30(a)(2)(B). (ECF No. 35.) Plaintiff also asserts that he requested to be dismissed from the deposition, but defense counsel made a record, questioning him on why the deposition should not proceed and about the notice requirement. (Id. at 2-3.) Plaintiff also asserts that he has requested the transcript from the deposition, and intends to correct any errors.

Defendants did not submit any transcript from the November 30, 2018 with their motion. Defendants have not yet had an opportunity to reply to Plaintiff's opposition, but the Court finds it necessary to issue this order to ensure that Defendants provide the transcript of what occurred on November 30, 2018, so that the Court can fully understand the events at issue.

Accordingly, it is HEREBY ORDERED that within fourteen days of this order, Defendants shall supplement their motion to compel with the transcript of the deposition proceedings in this case from November 30, 2018. Defendants may make a separate filing, or may include the transcript with a reply brief addressing the issues raised by Plaintiff in his opposition. Their deadline to reply is extended to fourteen days of this order. Local Rule 230(l). <u>The failure to comply with this order will result in the imposition of sanctions</u>.

IT IS SO ORDERED.

Dated: __**December 18, 2018**__

UNITED STATES MAGISTRATE JUDGE